The People of the State of Illinois ex rel. Oscar Nelson, auditor of public accounts of the State of Illinois, v. Merchants State Bank of Centralia et al.

Earl D. Amsler, receiver of Merchants State Bank of Centralia, appellee, v. American Surety Company of New York, appellant.

Opinion filed May 29, 1933.

Kramer, Campbell, Costello & Wiechert, for appellant. June C. Smith, Hugh V. Murray, Jr., and R. J. Branson, for appellee.

Mr. Justice Fulton delivered the opinion of the court.